IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00938-OES

EUGENIO NAVARRO, JR.,

    Plaintiff,

v.

BILL OWENS, Governor State of Colorado,
KEN SALAZAR, Attorney General - now Senator,
JOE ORTIZ, Executive Director of Department of Correctional.,
JOHN BLOOR, M.D., CMHIP,
DR. SATTHERS, Attorney-General,
P.A. LAWERENCE THEODOR,
P.A. SINGH TEJINDER,
DR. SHAME, M.D., CMHIP, and
ANTHONY A. DECESARO,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    This matter is before the Court on the document titled "Granting Leave to Proceed Pursuant to 28 U.S.C. 1915 and Court Order for In Re Motion for Initial Payment, et al. and the Right to Act as a [sic] Amicus Curiae and Extension of Time" submitted by Plaintiff Eugenio Navarro, Jr., and filed by the Court on July 7, 2005. The document is only partially intelligible. To the extent Mr. Navarro asks the Court to forward a copy of the June 7, 2005, order granting him leave to proceed pursuant to 28 U.S.C. § 1915 to Beth Institution, Inc., the request is DENIED. Beth Institution, Inc., is not a party to this action. To the extent Mr. Navarro seeks an extension of time in which to comply with the June 7 order, the request is GRANTED. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to pay the $11.00 initial partial filing fee or to show cause as directed in the June 7 order why he is unable to do

so. Failure to comply with the June 7 order within the time allowed may result in the dismissal of the complaint and this action.

Dated: July 11, 2005

---

Copies of this Minute Order mailed on July 11, 2005, to the following:

Eugenio Navarro
Prisoner No. 83708
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

_____
Secretary/Deputy Clerk