IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00938-ZLW

EUGENIO NAVARRO, JR.,

    Plaintiff,

v.

BILL OWENS, Governor State of Colorado,
KEN SALAZAR, Attorney General - now Senator,
JOE ORTIZ, Executive Director of Department of Correctional.,
JOHN BLOOR, M.D., CMHIP,
DR. SATTHERS, Attorney-General,
P.A. LAWERENCE THEODOR,
P.A. SINGH TEJINDER,
DR. SHAME, M.D., CMHIP, and
ANTHONY A. DECESARO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2005

GREGORY C. LANGHAM
              CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's motion filed on October 7, 2005, asking the Court to reconsider its order filed on September 26, 2005, denying his motion to reconsider is DENIED.

Dated: October 11, 2005

Copies of this Minute Order mailed on October 11, 2005, to the following:

Eugenio A. Navarro, Jr.
Prisoner No. 83708
Arkansas Valley Corr. Facility
PO Box 1000 – Unit 2
Crowley, CO 81034

                                      Secretary/Deputy Clerk